# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL R. PARDUE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 99-0799-CG-M |
| | ) |
| **THE CITY OF SARALAND, ALABAMA,** | ) |
| <u>et</u> <u>al.</u>, | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

This matter is before the court on the Plaintiff's Motion to Tax Costs (Doc. 322) filed on June 10, 2008. The motion is **DENIED** because the request does not comply with the requirements as set out in Local Rule 54.1. The plaintiff is granted leave to file a bill of costs pursuant to Local Rule 54.1(a)(1) & (2) within fifteen (15) days from the date of this order.

**DONE and ORDERED** this 18th day of July, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE