IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL PARDUE,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil Action No. 99-00799-CG-M |
| **CITY OF SARALAND, ALABAMA, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the court on the joint motion to stay proceedings during the pendency of a petition for certioari to be filed by the defendants in this cause (Doc. 332).

Upon due consideration, the motion is **GRANTED**, and this action is **STAYED** pending the United States Supreme Court's decision. Defendants are **ORDERED** to advise the court upon the filing of the petition for certioari. The defendants are further **ORDERED** to advise this court within ten (10) days of a ruling on the petition.

The clerk of court is directed to place this case on the court's administrative docket.

**DONE and ORDERED** this 7th day of October, 2008.

    /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE