## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL R. PARDUE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 99-0799-CG-M |
| CITY OF SARALAND, ALABAMA, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendants, Mike Davis, Tom Harrison, Willis Holloway, and Marion Sennett, and against plaintiff, Michael R. Pardue. Therefore, all plaintiff's claims against the defendants are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 14th day of January, 2011.

/s/  Callie V. S Granade
United States District Judge